UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JEAN A. JACKSON,

    Plaintiff,

v.                                               Case No:  2:12-cv-494-FtM-29SPC

FIRST HORIZON HOME LOAN
CORPORATION and NATIONSTAR
MORTGAGE, LLC,

    Defendants.

_____/

## ORDER

This matter comes before the Court on Defendants' Motion for Extension of Time to Respond to Amended Complaint (Doc. #3) filed on September 6, 2012.  In response, Plaintiff filed a Motion to Deny Defendants' Motion for Extension of Time to Respond to Amended Complaint (Doc. #4), stating that she has no knowledge of an Amended Complaint.  However, the docket shows that Plaintiff filed an Amended Complaint (Doc. #2) in the State Circuit Court of the Twentieth Judicial Circuit, in and for Collier County, Florida, on September 4, 2012.  The case was removed to this Court based on diversity jurisdiction on September 6, 2012.  (Doc. #1)

In their Motion, Defendants request that the Court grant Defendants an extension of time to file and serve their response to Plaintiff's Amended Complaint. As cause, Defendants state that they have recently obtained Akerman Senterfitt as counsel and require additional time to prepare a response.

Under Rule 6(b) the Court may enlarge the time to file a responsive pleading for cause shown. The Rule reads in pertinent part:

> [w]hen by these rules or by a notice given thereunder or by order of court an act is required or allowed to be done at or within a specified time, the court for cause shown may at anytime in its discretion (1) with or without motion or notice order the period enlarged if request therefor is made before the expiration of the period originally prescribed or as extended by a previous order, or (2) upon motion made after the expiration of the specified period permit the act to be done where the failure to act was the result of excusable neglect.

Fed. R. Civ. P 6(b). In this instance, the Court finds good cause for the Defendants' Motion for Extension of Time to Respond to Amended Complaint. The Defendants shall have up to and including October 1, 2012, to file their response to Plaintiff's Amended Complaint.

Accordingly, it is now

**ORDERED:**

(1) Defendants' Motion for Extension of Time to Respond to Amended Complaint (Doc. #3) is **GRANTED**. Defendants shall have up to and including **October 1, 2012**, to file their response to Plaintiff's Amended Complaint.

(2) Plaintiff's Motion to Deny Defendants' Motion for Extension of Time to Respond to Amended Complaint (Doc. #4) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of September, 2012.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record