UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**JEAN A. JACKSON,**

      **Plaintiff,**

v.                                         Case No:  2:12-cv-494-FtM-29SPC

**FIRST HORIZON HOME LOAN CORPORATION and NATIONSTAR MORTGAGE, LLC,**

      **Defendants.**
_____/

## ORDER

This matter comes before the Court on Plaintiff's Motion to Compel Defendants for Production of All True Documents, Answers to QWR and Admissions as Requested Per Exhibits (Doc. #5) filed on September 6, 2012.  Plaintiff requests that this Court direct Defendants to produce documents and answers to provide and establish their claim. However, the pertinent Local Rule states that:

> Counsel and any unrepresented party shall meet within 60 days after service of the complaint upon any defendant, or the first appearance of any defendant, regardless of the pendency of any undecided motions, for the purpose of preparing and filing a Case Management Report in the form prescribed below. Unless the Court orders otherwise, parties represented by counsel are permitted, but are not required, to attend the case management meeting.  The Case Management Report must be filed within 14 days after the meeting.  Unless otherwise ordered by the Court, a *party may not seek discovery from any source before the meeting.*

M.D. Fla. Local Rule 3.05(c)(2)(B). (emphasis added).

The parties have not filed the Case Management Report, no answer or other responsive pleading has been filed, and no discovery has begun. Given that this case is only at the pleadings

stage, the Motion is premature. Thus, the Court shall deny Plaintiff's Motion to Compel Defendants for Production.

Accordingly, it is now

**ORDERED:**

Plaintiff's Motion to Compel Defendants for Production of All True Documents, Answers to QWR and Admissions as Requested Per Exhibits (Doc. #5) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of September, 2012.

SHERI POLSTER CHAPPELL
UNITED STATES MAGISTRATE JUDGE

Copies: All Parties of Record